UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TONY NAPIER,

    Plaintiff,   Case No. 3:22-cv-318

vs.

AMERICAN ECONOMY   District Judge Michael J. Newman
INSURANCE COMPANY,

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

December 31, 2025   s/*Michael J. Newman*
                                                                               Hon. Michael J. Newman
                                                                               United States District Judge